IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES PARKS/HUMANE SOCIETIES,<br><br>　　　　　Defendant. | 8:22CV48<br><br>**MEMORANDUM AND ORDER** |

On March 3, 2022, the court ordered Plaintiff to sign his Complaint (Filing 1) on or before April 4, 2022, or face dismissal of this action. See Filing 6. To date, Plaintiff has not corrected this technical defect, and materials that were filed on March 16, 2022 (Filing 7), are nonresponsive.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 5th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge