IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES PARKS/HUMANE SOCIETIES,<br><br>    Defendant. | **8:22CV48**<br><br>**ORDER** |

    This matter is before the court on a form "Notice of Appeal (Civil)" (filing 10) and a Motion for Leave to Proceed in Forma Pauperis ("IFP") (filing 12) filed by Plaintiff Walter H. Holloway on April 7, 2022. The Notice of Appeal does not clearly identify the order or judgment from which Plaintiff appeals. Out of an abundance of caution, the court assumes Plaintiff appeals from the judgment entered on April 5, 2022, dismissing this matter without prejudice. However, Plaintiff did not sign the Notice of Appeal. On April 7, 2022, the Clerk of Court advised Plaintiff that his Notice of Appeal was unsigned and therefore deficient. The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Notice of Appeal) within 15 days, or the pleading "may be stricken from the record of this case." (Filing 11 (text order).) Plaintiff has failed to follow the Clerk of Court's directions.

    Accordingly, I shall order Plaintiff to file a signed Notice of Appeal in accordance with Federal Rule of Civil Procedure 11 and the court's Local Rules. This matter cannot proceed until the Notice of Appeal is signed. FAILURE TO CORRECT THE DEFECT WILL RESULT IN THE NOTICE OF APPEAL BEING STRICKEN FROM THE RECORD WITHOUT FURTHER NOTICE AND NO APPEAL WILL BE PROCESSED.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect in the Notice of Appeal on or before **May 16, 2022**.

2. Failure to comply with this Memorandum and Order will result in the Notice of Appeal being stricken from the record without further notice and no appeal being processed.

3. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **May 16, 2022**: deadline for submission of a signed notice of appeal.

4. No ruling shall be made on Plaintiff's IFP motion (filing 12) until Plaintiff complies with this order.

Dated this 26th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge