IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES PARKS/HUMANE SOCIETIES,<br><br>        Defendant. | **8:22CV48**<br><br>**MEMORANDUM AND ORDER** |

On April 26, 2022, the court directed Plaintiff to file a signed Notice of Appeal on or before May 16, 2022 and warned Plaintiff that failure to do so would result in his Notice of Appeal (filing 10) being stricken from the record without further notice and no appeal being processed. (Filing 13.) Plaintiff has failed to submit a signed Notice of Appeal. Accordingly,

IT IS ORDERED that:

1. The Notice of Appeal (filing 10) is stricken from the record as it is unsigned and Plaintiff failed to correct the deficiency as instructed.

2. Plaintiff's pending Motion for Leave to Proceed in Forma Pauperis (filing 12) is denied as moot.

3. No appeal will be processed in this case.

Dated this 17th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2